1  BENJAMIN B. WAGNER
   United States Attorney
2  MELANIE L. ALSWORTH
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
5  Facsimile:  (559) 497-4099



7  Attorneys for Plaintiff
   United States of America

9          IN THE UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,          CASE NO. 1:14-CR-76 LJO-SKO

13                  Plaintiff,          ORDER TO UNSEAL INDICTMENT

14          v.

15  JULIAN ORNELAS

16                  Defendant.

18       This indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of
19  Criminal Procedure.
20       IT IS HEREBY ORDERED that the case be unsealed as to the defendant, and be made
21  public record.

23  DATED: 4/17/14

                                            _____
                                            United States Magistrate Judge

Motion to Unseal Indictment                    2