HEATHER E. WILLIAMS, #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
JULIAN ORNELAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:14-cr-0076 LJO-SKO |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERNECE |
| vs. | ) |
| JULIAN ORNELAS, | ) DATE: December 15, 2014<br>) TIME: 1:00 p.m.<br>) JUDGE: Honorable Sheila K. Oberto |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the status hearing in the above-captioned matter now set for September 29, 2014, may be continued to December 15, 2014 at 1:00 a.m.

The reason for this continuance is for further investigation by the parties.

The requested continuance is with the intention of conserving time and resources for both parties and the court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

///

```
                                           Respectfully submitted,

                                           BENJAMIN B. WAGNER
                                           United States Attorney


DATED:  September 26, 2014                 /s/ Melanie L. Alsworth
                                           MELANIE L. ALSWORTH
                                           Assistant United States Attorney
                                           Attorney for Plaintiff


                                           HEATHER E. WILLIAMS
                                           Federal Defender


DATED:  September 26, 2014                 /s/ Victor M. Chavez
                                           VICTOR M. CHAVEZ
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           JULIAN ORNELAS
```

# O R D E R

IT IS SO ORDERED.

Dated:  **September 25, 2014**            **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE