1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   VICTOR M. CHAVEZ, Bar #113752
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, CA  93721-2226
    Telephone: 559-487-5561/Fax: 559-487-5950
5
    Attorneys for Defendant
6   JULIAN ORNELAS

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Case No.  1:14-cr-00076 LJO-SKO
                                     )
12              Plaintiff,           )  **STIPULATION TO CONTINUE STATUS**
                                     )  **CONFERENCE AND ORDER**
13  vs.                              )
                                     )  DATE:   July 6, 2015
14  JULIAN ORNELAS,                  )  TIME:    1:00 p.m.
                                     )  JUDGE: Honorable Lawrence J. O'Neill
15              Defendant.           )
                                     )
16  _____ )

17          **IT IS HEREBY STIPULATED** by and between the parties hereto through their

18  respective counsel that the status conference in the above-captioned matter now set for June 1,

19  2015, **may be continued to July 6, 2015 at 1:00 p.m.**

20          This case is set for jury trial on December 1, 2015. Mr. Ornelas was just brought to

21  Fresno from Lerdo to meet with his attorney.  Nothing will be accomplished by bringing him

22  back on June 1, 2015.  The defense needs to review records and have further discussions with the

23  government. It is requested that the status conference be moved in hopes that further discussions

24  may be productive.  The parties agree that the delay resulting from the continuance is with the

25  intention of conserving time and resources for both parties and the court.  The parties agree that

26  the delay resulting from the continuance shall be excluded in the interests of justice, including

27  but not limited to, the need for the period of time set forth herein for effective defense

28  preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C.  §§

1  3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

2                                                    Respectfully submitted,

3                                                    BENJAMIN B. WAGNER
                                                     United States Attorney
4

5  DATED:  May 29, 2015                      */s/ Melanie Alsworth*
                                                     MELANIE ALSWORTH
6                                                    Assistant United States Attorney
                                                     Attorney for Plaintiff
7

8                                                    HEATHER E. WILLIAMS
                                                     Federal Defender
9

10  DATED:  May 29, 2015                     */s/ Victor M. Chavez*
                                                     VICTOR M. CHAVEZ
11                                                   Assistant Federal Defender
                                                     Attorney for Defendant
12                                                   JULIAN ORNELAS

13

14

15

16                          **O R D E R**

17        The parties' request for a continuance is GRANTED and the trial remains set for

18  December 1, 2015, before District Judge Lawrence J. O'Neill.

19

20  IT IS SO ORDERED.

21        Dated:   **May 29, 2015**                 **/s/ Sheila K. Oberto**
                                                     UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28

ORNELAS: Stipulation and [Proposed]              2-
Order to Continue Status Conference