HEATHER E. WILLIAMS, #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
JULIAN ORNELAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> vs. <br><br> JULIAN ORNELAS, <br><br> *Defendant.* | Case No.  1:14-cr-00076 LJO-SKO <br><br> **STIPULATION TO VACATE STATUS CONFERENCE AND ORDER** <br><br> DATE:  July 6, 2015 <br> TIME:   1:00 p.m. <br> JUDGE: Honorable Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for **July 6, 2015, may be vacated**.

The Court is not available and the parties have no need of a status conference at this time. A trial date is set for December 1, 2015 so if the parties need a status conference for a change of plea hearing they will make the appropriate request.

On March 16, 2015 at the request of the parties, the trial date of December 1, 2015 was set and time was excluded through that date.

        Respectfully submitted,

        BENJAMIN B. WAGNER
        United States Attorney

DATED:  July 1, 2015        */s/ Melanie Alsworth*
        MELANIE ALSWORTH
        Assistant United States Attorney
        Attorney for Plaintiff


        HEATHER E. WILLIAMS
        Federal Defender

DATED:  July 1, 2015        */s/ Victor M. Chavez*
        VICTOR M. CHAVEZ
        Assistant Federal Defender
        Attorney for Defendant
        JULIAN ORNELAS


**O R D E R**

IT IS SO ORDERED.

   Dated:  **July 1, 2015**        **/s/ Sheila K. Oberto**
        UNITED STATES MAGISTRATE JUDGE