1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  VICTOR M. CHAVEZ, Bar #113752
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, California  93721-2226
4  Telephone: (559) 487-5561

5  Counsel for Defendant
   JULIAN ORNELAS
6

7

8                 IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Case No.  1:14-cr-00076 LJO-SKO
                                     )
12              Plaintiff,           )  DEFENDANT'S REQUEST TO CONTINUE
                                     )  SENTENCING;  **ORDER**
13       vs.                         )
                                     )
14  JULIAN ORNELAS,                  )  DATE:   February 29, 2016
                                     )  TIME:   8:30 a.m.
15              Defendant.           )  JUDGE: Hon. Lawrence J. O'Neill
    _____)

16

17       **IT IS HEREBY STIPULATED** by and between parties hereto, and through their

18  respective counsel, MELANIE L. ALSWORTH, Assistant United States Attorney, counsel for

19  plaintiff, and VICTOR M. CHAVEZ, Assistant Federal Defender, counsel for defendant,

20  JULIAN ORNELAS, that the sentencing hearing currently set for January 19, 2016, may be

21  continued to February 29, 2016.

22       This stipulation is sought by defendant because additional time is needed to adequately

23  prepare for sentencing.  Defendant is obtaining records and information for use at sentencing and

24  in order to address allegations made in the presentence report.

25  //

26  //

27  //

28  //

BENJAMIN B. WAGNER
United States Attorney

Dated: January 12, 2016             /s/ *Melanie L. Alsworth*
                                    Melanie L. Alsworth
                                    Assistant United States Attorneys
                                    Attorneys for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Dated:  November 25, 2015           /s/ *Victor M. Chavez*
                                    VICTOR M. CHAVEZ
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    JULIAN ORNELAS


## ORDER

**IT IS SO ORDERED.**


DATED: January 12, 2016             /s/ Lawrence J. O'Neill
                                    Hon. Lawrence J. O'Neill
                                    United States District Court Judge

Ornelas:  Request to Continue Sentencing        2